TRANS−O

# U.S. Bankruptcy Court
# Western District of Texas (Austin)
# Bankruptcy Petition #: 24−11544−cgb

*Date filed:* 12/04/2024

*Assigned to:* Bankruptcy Judge Christopher G Bradley
Chapter 11
Involuntary

*Debtor*  represented by **Jetall Companies**
**Jetall Companies**  PRO SE
13498 Pond Springs Rd
Austin, TX 78729
WILLIAMSON−TX
Tax ID / EIN: 54−2182089

*Petitioning Creditor*
**EAO Global LLC**
*dba* **PopLabs**

| Filing Date | # | Docket Text |
|---|---|---|
| 12/04/2024 | 1 | Involuntary Petition under Chapter 11 (Non−Individual) ( Filing Fee: $ 1738.00 ) Re: Jetall Companies Filed by Petitioning Creditor(s): Jetall Companies. (Palavan, Shea) |
| 12/04/2024 |  | ICC−Fee Terminated for Involuntary Petition Chapter 11( 24−11544) [misc,involp11] (1738.00), Amount $1738.00, Receipt A24953898 (re:Doc# 1) (U.S. Treasury) |
| 12/06/2024 |  | Notice of Appearance and Request for Notice (no PDF) Filed by UST Shane P. Tobin (Tobin, Shane) |
| 12/06/2024 | 2 | Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024) (Boyd, Laurie) |