United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER ANNULLING AUTOMATIC STAY

Before the Court is this involuntary case that was filed on December 4, 2024. The Court issues the following order annulling the stay.

**IT IS THEREFORE ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) is annulled retroactive to December 4, 2024 regarding Case No. 23-34815, Galleria 2425 Owner, LLC, the date of the filing of this case.

SIGNED 12/06/2024

_____
Jeffrey Norman
United States Bankruptcy Judge