IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-35761 |
| | § | |
| JETALL COMPANIES, INC., | § | CHAPTER 11 |
| | § | |
| ALLEGED DEBTOR. | § | |

## SUPPLEMENT TO INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL

COMES NOW Ron Madriz ("Petitioner") and joins this proceeding as a Petitioning Creditor seeking entry of an order for relief against Jetall Companies, Inc. (the "Alleged Debtor") under Chapter 11 of Title 11 of the United States Code.

As required by Official Form 205, Petitioner avers as follows:

1. He is eligible to file this petition under 11 U.S.C. § 303(b).

2. The Debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

3. The Debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

4. There has not been a transfer of any claim against the debtor by or to any petitioner.

5. Petitioner is owed the amount of $3,600.00 by the Alleged Debtor above the value of any lien for web development/IT.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioner requests that an order for relief be entered against the Alleged Debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attached a certified copy of the order granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Jetall Companies, Inc.                                              Case No. 24-35761

I declare under penalty of perjury that the forgoing is true and correct.

Petitioner

*DocuSigned by:*
*Ron Madriz*
CC45E885CB35475...
Ron Madriz
Executed on: 12/23/2024

Mailing Address:

5151 Richmond Ave
_____

Apt 293
_____

Houston, TX 77056
_____

 

Respectfully submitted,

KELL C. MERCER, P.C.
901 S Mopac Expy Bldg 1 Ste 300
Austin, TX 78746
(512) 627-3512
kell.mercer@mercer-law-pc.com

By:  */s/ Kell C. Mercer*
      Kell C. Mercer
      Texas Bar No. 24007668

COUNSEL FOR PETITIONING CREDITORS