United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35761 |
| **JETALL COMPANIES,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 11** |

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on the Motion for Reconsideration and Relief from Order Annulling Automatic Stay (ECF No. 15) filed by Jetall Companies, Inc. The movant has failed to self-calendar this matter for hearing as required by this Court's procedures.[1] In addition, the movant has failed to include in the motion the notice required by Bankruptcy Local Rule ("BLR") 9013-1(b). Furthermore, the certificate of service attached to the motion indicates that the motion has been served on "in accordance with the CM/ECF e-filing system." The certificate does not indicate which parties were served. The Court notes that BLR 9013-1(f) requires the serving party to include on the certificate of service the name and address of those parties being served. Further, the Court notes that parties in this case, should have been served via first class mail as they do not receive electronic notice through CM/ECF. As the parties in interest were not properly served, this motion must be denied.

Jetall Companies, Inc has not yet filed an answer to the involuntary petition filed in this case. Therefore, it is the putative debtor, and this motion is premature. It is requesting the Court reconsider the Court's prior order annulling automatic stay regarding Case No. 23-34815 (ECF

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

No. 4). The Court cannot grant the debtor's motion when the parties have not been given proper notice. If the Court enters an order for relief, the motion can be refiled. Additionally, while the motion pleads that extraordinary circumstances were not present to warrant the annulling of the stay, the Court did find that given the timing of the involuntary filing and the Courts's finding that the principal is a vexatious litigant, cause existed for the annulling of the stay.

The Court notes that this involuntary case is subject to challenge by the putative debtor, as there are not yet three petitioning creditors. Thus, this case is easily dismissed moving forward. If Jetall Companies, Inc. wants to consent to relief, reconsideration seems appropriate.

**THEREFORE, IT IS ORDERED** that the Motion for Reconsideration and Relief from Order Annulling Automatic Stay is denied without prejudice.

SIGNED 12/23/2024

_____
Jeffrey Norman
United States Bankruptcy Judge